# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

MAREK SPERKA,
                    Petitioner,

        v.                                          Case No. 25-cv-1763

TROY SMITH, Warden, et al.,
                    Respondent.

_____

## ORDER TO SHOW CAUSE

On November 11, 2025, this court received a petition for a writ of habeas corpus under 28 U.S.C. § 2241 from Marek Sperka. The petition indicates that he is being detained at the Dodge County Jail in Juneau, Wisconsin, by U.S. Immigration and Customs Enforcement. He alleges that the Department of Homeland Security is detaining him in violation of the Due Process Clause and the Immigration and Nationality Act by denying him bond without finding by individualized assessment that he poses a flight risk or a danger to the community.

Section 2243 of Title 28 of the United States Code states as follows:

A court, justice or judge entertaining an application for a writ of habeas corpus shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto.

Therefore, I will order the respondents to show cause why relief should not be granted.

Under § 2243, a response to an order to show cause is due within three days. However, pursuant to Rule 1(b) of the Rules Governing Section 2254 Cases, a court is authorized to apply the § 2254 rules to any habeas corpus petition, and under Rule 4 of those rules, a court has wide discretion in setting the deadline for filing a response to a

petition. *See Bleitner v. Welborn*, 15 F.3d 652, 653–54 (7th Cir. 1994). I conclude that ten days is a reasonable period of time for preparing a response to this order and will require the respondent to file a response within that time.

Accordingly, **IT IS ORDERED** that the Clerk of Court serve a copy of this order along with the petition on the respondents.

**IT IS FURTHER ORDERED** that counsel for the United States answer and show cause why relief should not be granted within ten days of receiving service.

**IT IS FURTHER ORDERED** that petitioner's reply to respondents' answer, if any, is due five days after such answer is filed.

Dated at Milwaukee, Wisconsin, this 12th day of November, 2025.

/s/ Lynn Adelman
LYNN ADELMAN
United States District Judge

2