UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**MAREK SPERKA,**
        **Petitioner,**

   v.                                                           Case No. 25-cv-1763

**SCOTT SMITH, et al.,**
        **Respondents.**

---

## ORDER

Petitioner Marek Sperka filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, alleging that he was detained by Immigration and Customs Enforcement at the Dodge County Detention Center in Juneau, Wisconsin, unlawfully. On November 11, 2025, I ordered the United States to respond and show cause why relief should not be granted.

On December 1, 2025, the petitioner and respondents submitted a stipulated resolution to this case. ECF No. 15.

For this reason, **IT IS ORDERED** that the petition for writ of habeas corpus is **GRANTED IN PART**. Respondents shall provide Marek Sperka with a bond hearing no later than December 15, 2025. When that occurs, the case will be dismissed without prejudice by joint stipulation under Rule 41(a)(1)(A)(ii).

Dated at Milwaukee, Wisconsin, this 2nd day of December, 2025.

                                                      /s/ Lynn Adelman
                                                      LYNN ADELMAN
                                                      United States District Judge